# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DYNES, <br><br> Plaintiff, <br><br> v. <br><br> FRESNO COUNTY SUPERIOR COURT, <br><br> Defendant. | 1:07-CV-1659 AWI-GSA <br><br> ORDER DISQUALIFYING JUDGE AND REFERRING ACTION TO MAGISTRATE JUDGE DENNIS L. BECK <br><br> Old case #1:07-CV-1659 AWI-GSA <br> New case #1:07-CV-1659 AWI DLB |

Petitioner is a state prisoner proceeding pro se pursuant to 42 USC § 1983. On November 19, 2007, this case was assigned to the docket of the undersigned for further proceedings. Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. IT IS HEREBY ORDERED that the above-captioned case shall be and is hereby REFERRED to Magistrate Dennis L. Beck for further proceedings. The new case number for this action, which must be used on all future documents filed with the Court, is:

**1:07-CV-1659 AWI DLB**

All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated: **January 17, 2008**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE