# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN RAY DYNES, | ) | 1:07cv1659 AWI DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING ACTION |
| v. | ) | |
| | ) | (Document 12) |
| FRESNO SUPERIOR COURT, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff, appearing pro se, filed the instant civil rights complaint on November 19, 2007. He submitted an amended complaint on January 24, 2008.

    On February 26, 2008, the Magistrate Judge issued Findings and Recommendation that the action be dismissed without leave to amend for Plaintiff's failure to state a claim for which relief can be granted. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty days have passed and no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 26, 2008, is ADOPTED IN FULL; and

2. The amended complaint is DISMISSED WITHOUT LEAVE TO AMEND.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   April 11, 2008**                              **/s/ Anthony W. Ishii**
                                                            UNITED STATES DISTRICT JUDGE